UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
JUVENTINO CARVAJAL-ROMERO,
    Defendant.

CASE NO. CR11-217-MJP

DETENTION ORDER

<u>Offense charged</u>: Assault, Simple Assault

<u>Date of Detention Hearing</u>: June 28, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is charged with assaulting a federal employee. He is currently in

custody at the Federal Detention Center at SeaTac, Washington, where he is serving a sentence for Unlawful Entry by Eluding Examination and Inspection by Immigration Officers.

    2. Defendant is a native and citizen of Mexico. The United States contends that his presence in the United States is illegal.

    3. Defendant does not contest detention.

    4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

///
///
///
///

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>28th</u> day of June, 2011.

                                                                  /s/ Mary Alice Theiler
                                                                  Mary Alice Theiler
                                                                  United States Magistrate Judge